**Jose Marcos ZERMENO-REYES, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–74196.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2006.*

Filed March 10, 2006.

Jose Marcos Zermeno–Reyes, Anaheim, CA, pro se.

---

*\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).*

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of The District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department Of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. See United States v. Hooton, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard); 8 U.S.C. § 1229b(b). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and Desta v. Ashcroft, 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.*